UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWN JAMES ALLEN WOODALL (1),<br><br>    Defendant. | Case No. 23-CR-0035-JO-1<br><br>[PROPOSED] JUDGMENT AND ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AS TO SHAWN JAMES ALLEN WOODALL |

The United States of America's Unopposed Motion to Dismiss the Indictment (ECF No. 1), without prejudice as to Shawn James Allen Woodall only, is GRANTED. The Court dismisses the Indictment without prejudice as to Shawn James Allen Woodall.

DATED: 5/31/23

_____
Honorable Jinsook Ohta
United States District Judge